In the Matter of CHRISTOPHER MAPP, Respondent, v GREGORY BURNHAM, as Chief Technology Officer of Port Authority of New York and New Jersey, et al., Appellants.

Submitted July 9, 2007; decided October 11, 2007

Reported below, 23 AD3d 37.

Motion for reargument denied [*see* 8 NY3d 999 (2007)].

JAMES F. NOTARO, JR., Appellant, v POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, et al., Defendants.

Submitted July 16, 2007; decided October 11, 2007

Reported below, 41 AD3d 1318.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

135 WEST 36TH LLC et al., Respondents, v WORLD CITY AMERICA INC. et al., Defendants, and CHARLES GALLAGHER et al., Appellants.

Submitted June 18, 2007; decided October 11, 2007

Reported below, 34 AD3d 317.

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 979 (2007)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO CORREA, Appellant.

Submitted July 2, 2007; decided October 11, 2007

Reported below, 39 AD3d 348.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.